UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR04-0048T |
| | ) | |
| MARIA VELAZQUEZ | ) | |

---

DEFENDANT'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Now comes Maria Velazquez, the Defendant in the above captioned matter, and hereby requests to proceed in this matter *in forma pauperis*. The defendant has been declared indigent by the Court in this matter and has previously been appointed counsel. The defendant remains indigent and is in need of appointed counsel to pursue a sentence reduction based on the retroactive amendment to the cocaine base sentencing guidelines. Attached is the defendant's completed financial affidavit.

Respectfully Submitted,

Maria Velazquez

Maria Velazquez