UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR04-0048T |
| | ) | |
| MARIA VELAZQUEZ | ) | |

MOTION FOR SENTENCE REDUCTION DUE TO UNITED STATES SENTENCING GUIDELINES AMENDMENT

Now comes Maria Velazquez, the Defendant in the above captioned matter, and moves this Honorable Court to reduce his sentence pursuant to the retroactive amendment of U.S.S.G. § 2D1.1, in accordance with 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10. Ms. Velazquez submits the attached memorandum of law in support of this motion.

Respectfully submitted
Maria Velazquez
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Adi Goldstein, Assistant United States Attorney, and Kristin Mattias, United States Probation Officer, on May 7, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR04-0048T |
| | ) | |
| MARIA VELAZQUEZ | ) | |

## MEMORANDUM IN SUPPORT OF MOTION FOR SENTENCE REDUCTION DUE TO UNITED STATES SENTENCING GUIDELINES AMENDMENT

Ms. Velazquez has moved for a reduction of his sentence based on the recent retroactive amendment to the sentencing guidelines. The United States Sentencing Commission amended the guidelines pertaining to cocaine base offenses as of November 1, 2007. That amendment effectively lowered the guidelines by two offense levels. In December, 2007, the Commission made the amendment retroactive and thus creating the potential for lower sentences for individuals already serving sentences for cocaine base convictions.

Ms. Velasquez pled guilty to trafficking cocaine base on July 1, 2004. The probation department calculated her guideline range at 70 to 87 months of incarceration. On September 24, 2004, Ms. Velazquez appeared before the Court for sentencing and received a guideline sentence of 70 months in custody.

According to the Bureau of Prisons, Ms. Velazquez is presently scheduled for release in January, 2009. Applying the 2 point decrease in offense level to her situation results in a 13 month drop in the low end guideline sentence from 70 to 57 months. Assuming a similar sentence reduction were granted by the Court, Ms. Velazquez is immediately eligible for release.

For these reasons the Court should grant this motion.

Respectfully submitted
Maria Velazquez
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Adi Goldstein, Assistant United States Attorney, and Kristen Mattias, United States Probation Officer, on May 7, 2008.

/s/ Kevin J. Fitzgerald