**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 04-48T |
| | ) | |
| MARIA VELAZQUEZ | ) | |

**STIPULATION REGARDING MODIFICATION OF SENTENCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

Total Offense Level 27.

Criminal History Category I.

70 to 87 months imprisonment.

3 to 5 years supervised release

$ 12,500 to $ 12,000,000 fine.

3. Defendant was sentenced on September 24, 2004 to 70 months imprisonment.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

5. Defendant's revised guideline calculation is a follows:

Total Offense Level _25_.

Criminal History Category _I_..

_57_ to _71_ months imprisonment

_3_ to _5_ years supervised release

$ 10,000 to $ 12,000,000 fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals that the defendant has had no incident reports during her incarceration.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 57 months is appropriate in this matter.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation on or after March 3, 2008, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

KEVIN FITZGERALD
Counsel for Defendant

5-13-8
Date

ADI GOLDSTEIN
Assistant U.S. Attorney

5/7/08
Date